

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2023

No. 04-23-00044-CR

**IN RE** Jose Javier **GONZALEZ VILLEDA**

Original Mandamus Proceeding

# O R D E R

Sitting:  Rebeca C. Martinez, Chief Justice
     Patricia O. Alvarez, Justice
     Beth Watkins, Justice

On January 12, 2023, relator filed a petition for writ of mandamus and an emergency motion to stay pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. See *See* TEX. R. APP. P. 52.8(b). Respondent and real party in interest may file a response to the petition in this court **no later than February 2, 2023.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's emergency motion for temporary stay is GRANTED IN PART as follows:

1. All pretrial settings requiring relator's in-person appearance are STAYED pending further order from this court. Pretrial settings that do not require relator's in-person appearance may proceed.

2. The January 23, 2023 trial setting is STAYED pending further order from this court.

It is so **ORDERED** on January 13, 2023.

**PER CURIAM**

ATTESTED TO: _____
     MICHAEL A. CRUZ,

